# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

07 DEC -3 AM 9:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

In the Matter of the Search of

2002 Ford Focus ZX3
VIN #3FAFP31392R171533
California License Plate 4XRE818

**SEARCH WARRANT**

**CASE NUMBER: 07 MJ 2621**

TO: _Any Special Agent of the Federal Bureau of Investigation_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _FBI Special Agent David J. Eaton_
who has reason to believe that ___ on the person or _X_ on the premises known as

**See Attachment A**

in the Southern District of California, there is now concealed a certain person or property, namely

**See Attachment B**

which is the fruits, instrumentalities and evidence concerning violations of Title _18_ United States Code, Sections **2113(a), 371 and 2 ;**.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  11/17/07
                                                         Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search
☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ ~~(at any time in the day or night as I find reasonable cause has been established)~~
and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

11/7/07 @ 4:05pm                                at       San Diego, California
Date/Time issued

_Cathy Ann Bencivengo, U.S. Magistrate Judge_                 _[signature]_
Name and Title of Judicial Officer                           Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>11/7/07 | DATE AND TIME WARRANT EXECUTED<br>11/8/07 @ 2:45PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT ~~WITH~~<br>INSIDE VEHICLE |
| INVENTORY MADE IN THE PRESENCE OF: N/A |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>(SEE ATTACHED) |||

### CERTIFICATION

*I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.*

*SA [signature], FBI*

*Subscribed, sworn to, and returned before me this date.*

[signature]                                            12/3/07
U.S Judge or Magistrate                                 Date

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

LAL

## ATTACHMENT A

Description of Vehicle To Be Searched

The vehicle is a 2002 maroon Ford Focus ZX3 bearing California License Plate 4XRE818, assigned Vehicle Identification Number (VIN) 3FAFP31392R171533.

ATTACHMENT B

Any and all evidence related or pertaining to the following bank robberies:

October 2, 2007, Wells Fargo Bank, 8898 Navajo Road, San Diego, California (CA);
October 3, 2007, Washington Mutual Bank, 348 S. Twin Oaks Valley Road, San Marcos, CA;
October 4, 2007, Union Bank of California, 1512 Main Street, Ramona, CA;
October 5, 2007, Citibank, 3777 Avocado Boulevard, La Mesa, CA;
October 15, 2007, Wells Fargo Bank, 2960 Cleveland Avenue, Santa Rosa, CA;
October 17, 2007, Wachovia Bank, 1260 Trancas Street, Napa, CA;
October 25, 2007, Bank of America, 2 Financial Plaza, Napa, CA;
October 29, 2007, California Bank & Trust, 135 Saxony, Encinitas, CA;
November 1, 2007, Citizens Business Bank, 800 Glenneyre Street, Laguna Beach, CA;

including, but not limited to the following:

1. Clothing and other items worn during the robberies, as depicted in the bank surveillance photographs or as described by victims/witnesses, to include: distinctive shirts, hats, sunglasses and other items of clothing.

2. Proceeds from the robbery to include: United States currency, currency straps, other items that may contain bank markings, any items evidencing the expenditure of bank robbery proceeds, including recent sales receipt or items purchased since October 2, 2007.

3. Articles of personal property, including but not limited to writings, correspondence, notes, practice or draft demand notes, maps, telephone records, receipts relating to the planning and commission of bank robberies and/or the existence of a conspiracy to commit bank robberies; as well as receipts relating to travel between San Diego County in Southern California and Napa and Sonoma Counties in Northern California, such as gasoline, lodging, meals and other travel expenditures.

4. Articles of personal property relating to the obtaining, secreting, transfer, expenditure and/or concealment of money and assets derived from the commission of the above bank robberies, including books, receipts for any significant purchases, records, bank statements and records, credit card statements and records, business records, money drafts, money order and cashiers check receipts, safes, keys to any safes located on the premises, and records of safety deposit boxes and storage lockers.

5. Evidence of Dominion and Control, to include documents and articles of personal property relating to the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the residence and/or vehicle to be searched or property therein, including utility bills, keys, personal identification documents, vehicle registration documents, proof of insurance, and driver's licenses.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 91A-SD-69907

On (date) 11/8/07 @ 3:45 PM

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) 2002 FORD FOCUS ZX3
(Street Address) CA License 4XRE818
(City) VIN# 3FAFP31392R171533

Description of Item(s):

① Manila envelope containing miscellaneous documents to include travel receipts, items showing dominion and control, and MICHAEL MARTIN'S Calif. Driver's License

② Cardboard box containing assorted men's & women's clothing, hats, sunglasses & scarfs, to include a white baseball cap with a black "SOX" logo, a green camoflage "booney" cap, a maroon and yellow sweater with the number "27" on front, blue jeans, sweat pants, and a white sleeveless T-shirt

— NOTHING FOLLOWS —

NOTHING FOLLOWS

Received By: SA David [signature], FBI   Received From: _____
              (Signature)                                    (Signature)